IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02862-RM-BNB

CAROL COPELAND,

Plaintiff,

v.

BIG LOTS STORES, INC.,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion to Modify the Civil Scheduling Order by Extending the Discovery Deadlines for all Parties** [docket no. 25, filed June 2, 2014] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. The discovery cut-off is extended to and including **July 31, 2014**, and the dispositive motion deadline is extended to and including **August 28, 2014**.

IT IS FURTHER ORDERED that the Pretrial Conference set for September 23, 2014, is **vacated and reset to October 28, 2014, at 9:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.6, is due on or before **October 21, 2014**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2(b).

DATED:  June 3, 2014