IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-02862-RM-BNB

CAROL COPELAND,

Plaintiff,

v.

BIG LOTS STORES, INC.,

Defendant.

_____

**ORDER**
_____

This matter arises on:

(1)     **Plaintiff's Motion to Sanctions for Spoliation of Evidence** [Doc. # 28, filed 8/18/2014] (the "Motion for Sanctions"); and

(2)     **Big Lots' Unopposed Motion to Restrict Access** [Doc. # 34, filed 10/8/2014] (the "Motion to Restrict Access").

I held a hearing on the motions this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)     In view of the defendant's admission of liability, with reservation on the issue of damages, the Motion for Sanctions [Doc. # 28] is GRANTED IN PART and DENIED IN PART as follows:

• GRANTED to require the defendant to pay the attorneys' fees and costs incurred by the plaintiff in bringing the Motion for Sanctions. The parties shall confer in an

effort to reach agreement on the amount of the award.  If the parties cannot agree or if the award is not satisfied in full, the plaintiff shall file a fee application on October 30, 2014, that complies with the requirements of D.C.COLO.LCivR 54.3; and

       • DENIED in all other respects.

(2)    The Motion to Restrict Access [Doc. # 34] is DENIED.  Access to Doc. ## 32-4 and 33 is not restricted, and those documents shall be open to public inspection.

Dated October 16, 2014.

                                            BY THE COURT:

                                            s/ Boyd N. Boland
                                            United States Magistrate Judge